IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| EDDIE FRANK FLOYD III,<br><br>Plaintiff,<br><br>v.<br><br>MR. TOOL, et al.,<br><br>Defendants. | CIVIL ACTION NO.: 6:18-cv-7 |

## O R D E R

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 16. Plaintiff did not file Objections to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** any claims by Plaintiff against Defendants for monetary damages in their official capacities and Plaintiff's Eighth Amendment and equal protection claims. The Court also **DENIES** Plaintiff's various requests for injunctive relief. As to any dismissed or denied claims, the Court **DENIES** Plaintiff *in forma pauperis* status on appeal. Plaintiff's First Amendment claims of retaliation and interference with his mail remain pending.

**SO ORDERED**, this _9th_ day of January, 2020.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA